UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JEFFREY JOSEPH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:18-cv-00443-JCN |
| | ) | |
| LINCARE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

J U D G M E N T

In accordance with Order on Defendant, Lincare Inc.'s Motion for Summary Judgment entered by U.S. District Judge Lance E. Walker on October 22, 2019;

JUDGMENT is hereby entered for defendant, Lincare Inc. and against the plaintiff, Jeffrey Joseph.

CHRISTA K. BERRY, CLERK

/s/Julie W. Rodrigue
Deputy Clerk

Dated this 23rd day of March, 2020.