## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY JOSEPH,<br>　　　Plaintiff,<br><br>v.<br><br>LINCARE, INC.,<br>　　　Defendants. | )<br>)<br>)<br>)　　**Docket No.: 18-cv-00443**<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jeffrey Joseph, hereby appeals to the United States Court of Appeals for the First Circuit from the entry of summary judgment entered in this action on October 22, 2019 (Doc. 54) and this Court's entry of final judgment in favor of Lincare, Inc. on March 23, 2020 (Doc. 86).

**Dated**: April 7, 2020

Respectfully submitted,

*/s/ James A. Clifford*
James A. Clifford
*/s/ Andrew P. Cotter*
Andrew P. Cotter
Clifford & Clifford, LLC
62 Portland Road, Suite 37
Kennebunk, ME  04043
(207) 985-3200
james@cliffordclifford.com
andrew@cliffordclifford.com

## CERTIFICATE OF SERVICE

I, James A. Clifford, counsel for Plaintiff, hereby certify that on April 7, 2020, I filed the foregoing *Notice of Appeal* using the Court's Electronic Case Filing System (ECF), which will cause electronic service to be made to all parties and counsel of record.

*/s/ James A. Clifford*
James A. Clifford