# United States Court of Appeals
## For the First Circuit

No. 20-1396

JEFFREY JOSEPH,

Plaintiff, Appellant,

v.

LINCARE, INC.,

Defendant, Appellee,

FAMILY PRACTICE ON THE RIVER, d/b/a Kennebunk Walk-In Clinic, Inc.; PATRICK BUTCHER, individually; BRIGHTON MEDICAL SERVICES, INC., d/b/a Kennebunk Walk-In Clinic, Inc.,

Defendants.

**JUDGMENT**

Entered: March 2, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's challenged evidentiary ruling is reversed, the district court's entry of summary judgment in favor of Lincare, Inc., is vacated, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day. Costs are awarded to the appellant.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Lance E. Walker, Christa Berry, Clerk, United States District Court for the District of Maine, James A. Clifford, Andrew Patrick Cotter, Melissa A. Hewey, Jeana McCormick